# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING EMAIL ACCOUNTS:<br><br>1. btc.coupons2017@gmail.com<br>2. couponsdirect2018@gmail.com<br>3. custom.q.to.you@gmail.com<br>4. fightclubcats@gmail.com<br>5. itisajoyousday@gmail.com<br>6. 1oveivy2018@gmail.com<br>7. directdeals.customercare@gmail.com<br>8. darksidehustlers@gmail.com<br>9. szook.qs@gmail.com<br><br>(Gmail Accounts to Be Searched) | Case No. 2:19-mj-00691-MDC<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 17th day of January, 2025.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

1